No. 95–5295.  JONES *v.* LOVE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTE AT HUNTINGDON.  C. A. 3d Cir.  Certiorari denied.

No. 95–5297.  LAFOUNTAIN *v.* JONES ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 95–5298.  PERNA *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 95–5299.  LESKO *v.* REUBEN H. DONNELLEY CORP.  C. A. 3d Cir.  Certiorari denied.

No. 95–5300.  O'BRIEN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 95–5301.  SIMMONS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 95–5302.  GILBREATH *v.* REYNOLDS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 95–5303.  PFEIL *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 95–5304.  WALLACE *v.* OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 95–5305.  WHITNEY *v.* YARBOROUGH, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 95–5306.  TEDDER *v.* JOHNSON, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 95–5308.  PANKEY *v.* CARNAHAN, GOVERNOR OF MISSOURI, ET AL.; and PANKEY *v.* COOK ET AL.  Sup. Ct. Mo.  Certiorari denied.

No. 95–5310.  ASHLEY ET AL. *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 95–5311.  WHITE *v.* IOWA.  Ct. App. Iowa.  Certiorari denied.

No. 95–5313.  NELSON *v.* NEW JERSEY ET AL.  C. A. 3d Cir.  Certiorari denied.